IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BAGDAT KONOPYANOV,<br><br>Defendant. | 25-po-5082-KLD<br><br>VIOLATIONS:<br>E2371128<br>E2371129<br>E2371131<br>E2371132<br><br>Location Code: M13<br><br>**ORDER** |
|---|---|

Upon motion of the United States and for good cause shown,

**IT IS ORDERED** that violation E2371131 is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that an initial appearance on violation E2371132 is set for October 30, 2025, at 9:00 AM, at the Missouri River Courthouse in Great Falls, Montana.

//

//

//

//

Based on the defendant's intent to enter pleas of guilty to the remaining violations, **IT IS FURTHER ORDERED** that the bench trial currently scheduled for October 30, 2025, is **VACATED**.

DATED this 28th day of October 2025.

_____
John Johnston
United States Magistrate Judge