# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. PO-25-05082-KLD |
| Plaintiff, | VIOLATIONS:  E2371128; E2371129; & E2371132 |
| vs. | |
| BAGDAT KONOPYANOV, | **ORDER ON UNOPPOSED MOTION TO APPEAR REMOTELY** |
| Defendant. | |

Defendant having submitted his Unopposed Motion to Appear Remotely, it being unopposed and good cause shown, IT IS HEREBY ORDERED THAT:

The Defendant's Motion is GRANTED. The Defendant and Counsel may appear remotely on October 30, 2025, at 9:00 a.m.  The call-in number is as follows: 833-990-9400; Meeting ID: 882927420.

DATED this 29th day of October 2025.

_____
John Johnston
United States Magistrate Judge